John H. SMITH, Appellant, v. James E. SPURLOCK, Appellee.

No. 9642.

United States Court of Appeals District of Columbia Circuit.

Argued April 22, 1949.

Decided May 16, 1949.

Mr. Edmund E. Pendleton, Jr., Washington, D. C., for appellant. Mr. William S. Culbertson, Washington, D. C., also entered an appearance for appellant.

Mr. Albert E. Brault, Washington, D. C., for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no substantial error in the record. The judgment of the District Court is therefore affirmed.